THE STATE EX REL. ALLIED CHEMICAL CORPORATION, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Allied Chem. Corp. v. Indus. Comm.,* 101 Ohio St.3d 205, 2004-Ohio-710.]

(No. 2003–1364—Submitted January 12, 2004—Decided March 3, 2004.)

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

_____

Vorys, Sater, Seymour & Pease L.L.P., Robin R. Obetz and Bethany R. Thomas, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission.

Spears & Associates Co., L.P.A., and David R. Spears, for appellee Sable Riley.